USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-5-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIN CELAJ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>USA,<br><br>　　　　　　　　　Defendant. | 13-cv-1290 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　In its July 16, 2014 letter to the Court, the Government refers to a written response it filed on July 15, 2013, which included a sworn statement from Din Celaj's prior attorney. ECF No. 13. That written response and sworn statement do not appear on the Court's docket. Accordingly, the Government is ordered to produce that response and sworn statement and to file both documents with the Court by February 12, 2020.

**SO ORDERED.**

Dated:　February 5, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**