USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 22, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
DIN CELAJ,

       Petitioner,      13-cv-1290 (ALC)

  -against-

               **ORDER**

USA,

       Respondent.
----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court shall hold a telephone conference on February 23, 2021 at 11:00 a.m. Petitioner's Counsel should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated**: February 22, 2021
     New York, New York

                   _____
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**