```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/25/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
DIN CELAJ,                                          :
                                                    :
                      **Plaintiff,**    :
                                                    :     13-CV-1290 (ALC)
   -against-                                       :
                                                    :     **ORDER**
UNITED STATES OF AMERICA,                           :
                                                    :
                      **Defendant.**    :
                                                    :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      Pursuant to the Court's February 1, 2021 order, the Probation Department is ordered to recalculate Din Celaj's guideline range. The updated calculations should be distributed by April 9, 2021.

**SO ORDERED.**

**Dated:**      **New York, New York**
                **February 23, 2021**

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**