USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 29, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**DIN CELAJ,**

                **Petitioner,**

      -against-

**USA,**

                **Respondent.**

------------------------------------------------------------ x

**13-cv-1290 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Respondent moves for reconsideration of the Court's February 1, 2021 Opinion and Order. (ECF No. 64.) Petitioner shall respond by May 19, 2021.

**SO ORDERED.**

  **Dated**:  April 29, 2021
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                              **United States District Judge**