```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
 DIN CELAJ,                                                  :
                                                             :
                              Petitioner,                    :
                                                             :
                 -against-                                   :
                                                             :
 USA,                                                        :
                                                             :
                              Respondent.                    :
------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 25, 2022

13-cv-1290 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby schedules the evidentiary hearing for October 26, 2022 at 10:00 a. m. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 1306 on the date and time specified above.

SO ORDERED.

Dated:   May 25, 2022
         New York, New York

*[signature: Andrew T. Carter]*

**ANDREW L. CARTER, JR.**
**United States District Judge**