USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/30/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

DIN CELAJ,

                        Plaintiff,

-against-                         1:13-CV-1290 (ALC)

UNITED STATES OF AMERICA,            <u>ORDER</u>

                       Defendants.

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On June 21, 2022, the Supreme Court issued an opinion in *U.S. v. Taylor*, holding that Attempted Hobbs Act robbery does not serve as a predicate offense under 924(c). On or before July 27, the parties should file a joint status report, indicating how they would like to proceed in light of this recent decision.

SO ORDERED.

Dated:      June 30, 2022
             New York, New York

                                            /s/ Andrew L. Carter, Jr.
                                   **ANDREW L. CARTER, JR.**
                                   United States District Judge